# United States Court of Appeals
## For the First Circuit

No. 04-1183

LINDA REYNOLDS-NAUGHTON,

Plaintiff, Appellant,

v.

NORWEGIAN CRUISE LINE LIMITED,
d/b/a NORWEGIAN CRUISE LINE,

Defendant, Appellee.

ERRATA

The opinion of this Court, issued on September 14, 2004, should be amended as follows.

On page 7, line 7 of full paragraph, replace "Rep." with "Sen.".

On page 8, 1st line after indented quote, replace "Rep." with "Sen.".